IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JASON MURPHY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>BILL FRANKLIN, Sheriff of )<br>Elmore County, in his )<br>individual capacity; and )<br>GARY BOWERS, Administrator )<br>of the Elmore County Jail, )<br>in his individual )<br>capacity, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:04cv1218-MHT<br>(WO) |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (Doc. No. 40) is granted and that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of November, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE